IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF GEORGIA EX REL. MARK HEATLEY,<br><br>PLAINTIFF-RELATOR,<br><br>v.<br><br>TURNING POINT CARE CENTER, LLC F/K/A TURNING POINT CARE CENTER, INC., UNIVERSAL HEALTH SERVICES, INC.,<br><br>DEFENDANTS. | Civil Action No.<br><br>**No. 1:17-cv-3869-MLB** |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal filed by the United States, the State of Georgia and Relator Mark Heatley, and the notice that the parties have reached a settlement of all claims in the above-captioned action,

**IT IS HEREBY ORDERED,** that this action is dismissed with prejudice as to Relator, and with prejudice as to the United States and the State of Georgia with respect to the covered conduct as defined in the parties' July 7, 2020 Settlement Agreement, and without prejudice as to the United States and Georgia as to all other remaining claims.

SO ORDERED this 17th day of July, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE